UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SPRAGUE OWINGS,

    Plaintiff,

vs.                                              CASE NO. 3:12-cv-1385-J-12TEM

T-MOBILE USA, INC.,

    Defendant.

_____

## O R D E R

This case is before the Court on the T-Mobile USA, Inc., and Sprague Owings' Stipulation Motion to Stay Case Management Report and Rule 26 Initial Disclosure Requirements (Doc. #19, Motion), filed April 16, 2013.  The parties jointly seek permission of the Court to stay their pretrial case management obligations until such time as the Court has ruled on Defendant's pending Motion to Stay and Compel Arbitration.  A "preliminary peek" at the pending Motion to Stay and Compel Arbitration reveals the Court's ruling thereon may obviate the need for a scheduling order and the exchange of initial disclosures.  *See Feldman v. Flood,* 176 F.R.D. 651,652-53 (M.D. Fla. 1997) (discussing a court's broad discretion to stay discovery pending resolution of a dispositive motion) (citations omitted).  Thus, upon due consideration the Court finds the instant Motion is due to be **GRANTED**.  The parties are relieved of further pretrial obligations under Federal Rule of Civil Procedure 16 and M.D. Fla. Local Rule 3.05 until further Order of the Court.[1]

---

[1] The Court notes the parties have already conducted a joint case management conference and should be ready to move forward expeditiously upon further Order of the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of April, 2013.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
    and *pro se* parties, if any