**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SPRAGUE OWNINGS,

        Plaintiff,

vs.                                       Case No.  3:12-cv-1385-J-12-TEM

T-MOBILE USA, INC.,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 29; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on June 19, 2013.  In the Report, Magistrate Judge Morris recommends that the Court grant T-Mobile USA, Inc.'s Motion to Stay and Compel Arbitration (Doc.9), administratively close the file, and direct the parties to file periodic reports on the status of the arbitration. See Report at 2 and 14.  Neither party has filed objections to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. T-Mobile USA, Inc.'s Motion to Stay and Compel Arbitration (Doc.9) is **GRANTED** and this case is **STAYED** pending the completion of arbitration.

3. The Clerk of the Court is directed to administratively close the case and to terminate any pending motions and deadlines until further order of the Court.

4. No later than January 30, 2014, and every ninety (90) days thereafter, the parties shall file a joint notice advising the Court of the status of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of August, 2013.

MARCIA MORALES HOWARD
United States District Judge

Copies to:
The Honorable Thomas E. Morris
United States Magistrate Judge
Counsel of Record